UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>LIZETH GARCIA LORENZO (1),<br>JAZMINE PEREZ (2),<br><br>　　　　　　　　　　　　Defendants. | Case No.: 21CR2799-JLS<br><br>**ORDER CONTINUING SENTENCING HEARING** |

On the Court's own motion, IT IS HEREBY ORDERED that the Sentencing Hearing in this matter is continued from May 27, 2022 to **Wednesday, July 20, 2022** at **9:00 a.m.** Defendants shall file acknowledgements of the new hearing date by May 31, 2022.

IT IS SO ORDERED.

Dated: May 23, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge

21CR2799-JLS